IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG | CIVIL ACTION |
| v. | |
| DIRECT ENERGY, LP, et al. | NO.: 19-cv-2373 |

## O R D E R

**AND NOW**, this **28TH** day of **JUNE 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Joel H. Slomsky, to the calendar of the Honorable Joshua D. Wolson.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
KATE BARKMAN
Clerk of Court