IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG<br><br>Plaintiff,<br><br>v.<br><br>DIRECT ENERGY, LP, ET. AL.<br><br>Defendants. | Civil Action No.: 19-2373 |

**DECLARATION OF KAREN S. HOCKSTAD CERTIFYING MEET AND CONFER WITH PLAINTIFF'S COUNSEL**

Pursuant to paragraph 4 of the Court's Policies and Procedures, the undersigned hereby certifies that a meet and confer was held between counsel to Allied Marketing and Plaintiff's counsel on November 18, 2019. The purpose of the meet and confer was to discuss the deficiencies in the amended complaint as to Allied Marketing, LLC. Plaintiff's counsel indicated he would not be amending the pleadings.

I declare under penalty of perjury on this 25th day of November, 2019 that the foregoing is true and correct.

/s/ Karen S. Hockstad
Karen S. Hockstad, Esq.