# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated, ) ) ) ) | |
| Plaintiff, ) | Case No. 19-cv-2373 |
| ) | |
| vs. ) | CLASS ACTION COMPLAINT |
| ) | |
| DIRECT ENERGY, LP, and ALLIED MARKETING LLC, ) ) ) | |
| Defendants. ) ) | |

## ORDER

**AND NOW**, this  27th  day of      March     , 2020, Defendant Direct Energy, L.P., is hereby **ORDERED** to submit via email revised versions with additional redactions of the Motion to Compel the Production of Documents and to Stay General Discovery, and attached exhibits, filed at ECF Dkt. No. 47 in this case. The Civil Clerk for this Court is **ORDERED** to substitute these revised versions for the originally-filed versions of these documents.

**BY THE COURT:**

Hon. Joshua D. Wolson
United States District Judge