# K&L GATES

April 3, 2020

**Via Electronic Mail**

The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**   *Andrew Perrong v. Direct Energy, LP, et al.,* Case No.: 19-cv-2373 - Appointment of Independent Expert

Dear Judge Wolson:

Per the Court's Order entered in this case on March 27, 2020, the parties are writing to report that they have agreed to submit the disputed recordings of Plaintiff's call with CallHub on February 20, 2019, to an independent expert to resolve the authenticity of the recordings. The parties have not agreed on an independent expert, but respectfully request that the Court appoint a digital forensic analyst with experience in audio recording editing as an expert to address this issue. Regarding how long the process will take, the parties defer to the expert who will be appointed by the Court. However, as an estimate, the parties believe that the process will take approximately 30-60 days until an expert report will be prepared and presented to the Court (after being given to the parties for comment).

Sincerely,

*/s/ Thomas R. DeCesar*
Thomas R. DeCesar
Counsel for Defendant Direct Energy, LP

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Counsel for Plaintiff

*/s/ Karen S. Hockstad*
Karen S. Hockstad
Counsel for Defendant Allied Marketing, LLC

cc:   Counsel of record