## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>DIRECT ENERGY, LP, and ALLIED MARKETING LLC,<br><br>             Defendants.<br>_____<br><br>DIRECT ENERGY, L.P.,<br><br>             Cross-Claimant,<br><br>     vs.<br><br>ALLIED MARKETING LLC,<br><br>             Cross-Defendant. | Case No. 19-cv-2373 |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of the Plaintiff's claims with prejudice. In addition, Cross-Claimant Direct Energy, LP ("Direct Energy") and Cross-Defendant Allied Marketing LLC ("Allied Marketing") hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of Direct Energy's Crossclaim against Allied without prejudice. Each party will bear its own attorney's fees, costs, and expenses related to this action. No rights of any of the putative class members are impacted through this dismissal.

DATED: September 3, 2020

Respectfully submitted,

| /s/ Molly K. McGinley | /s/ Anthony I. Paronich |
|---|---|

Molly K. McGinley (pro hac vice)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone:  312.807.4439
Facsimile: 312.827.8108
Molly.McGinley@klgates.com


Thomas R. DeCesar
Travis N. Gery
K&L GATES LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507
Telephone: (717) 231-4500
Thomas.DeCesar@klgates.com
Travis.Gery@klgates.com


*Attorneys for Defendant Direct Energy, LP*

/s/ Joshua M. Link

Joshua M. Link
DINSMORE & SHOHL, LLP
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
Telephone: (610) 408-6020
Facsimile:  (610) 408-6021
Joshua.link@dinsmore.com

Karen S. Hockstad (pro hac vice)
DINSMORE & SHOHL, LLP
191 w. Nationwide Blvd, Suite 300
Columbus, OH 43215
Telephone: (614) 628-6930
Facsimile:  (614) 628-6890
Karen.hockstad@dinsmore.com

*Attorneys for Defendant Allied Marketing LLC*

Joseph F. Murray
Brian K. Murphy (pro hac vice)
Jonathan P. Misney (pro hac vice)
MURRAY MURPHY MOUL & BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Phone: 614.488.0400
Murray@mmmb.com
Murphy@mmmb.com
Misny@mmmb.com

Marc E. Davies
1315 Walnut Street, Suite 320
Philadelphia, PA 19107
Phone: 215.876.7636
Marc@marcdavieslaw.com

Anthony I. Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: 508.221.1510
Anthony@paronichlaw.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 20, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel and parties of record.

/s/ *Anthony Paronich*